*John Emmons* v. *William Cairns et al.* N. DANE ELLINGWOOD, for complainant; W. SKIDMORE, defendant, in person

Decided that where a party waives an affidavit of verification Effect of waiving affidavit to bill of costs. to a bill of costs, he cannot object, on taxation, that services charged for have not been performed, without producing to the taxing officer some evidence tending to show that fact.—And that it is not sufficient for such party to produce such evidence, for the first time, upon appeal from the taxation.

Application for retaxation denied, with $10 costs.